IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MOORE, ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 14-00463-KD-C |
| ) | |
| TELEDYNE TECHNOLOGIES ) | |
| INCORPORATED PENSION PLAN, *et al.*, ) | |
|     Defendants. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 11, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to dismiss the amended complaint filed by Defendants Teledyne Technologies Incorporated Pension Plan and Plan Administrative Committee of the Teledyne Technologies Incorporated Pension Plan (Doc. 69) is **GRANTED** such that the Plaintiff's claims against those Defendants are **DISMISSED WITHOUT PREJUDICE** so that the Plaintiff may refile his claims after exhausting his administrative remedies.

**DONE** and **ORDERED** this the **30**[th] day of **March 2015.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**